# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Isaac Eugene Anderson ) <br> *Plaintiff* ) <br> v. ) <br> Travis Guess et al ) <br> *Defendant* ) | Civil Action No.  4:10-cv-1266-RBH-TER |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The court dismisses this action without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.

Date:  October 1, 2010                              *CLERK OF COURT*

                                                    s/Debbie Stokes
                                                    *Signature of Clerk or Deputy Clerk*